**Electronically Filed**
**Supreme Court**
**SCWC-22-0000479**
**06-JAN-2026**
**10:41 AM**
**Dkt. 7 ODAC**

SCWC-22-0000479

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

DENNIS DAVID MURALLES JUANTA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000479; CASE NO. 1CPC-21-0000433)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, and Ginoza, JJ.,
Circuit Judge Castagnetti, in place of Devens, J., recused,
and Circuit Judge Drewyer, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Dennis David Muralles Juanta's application for writ of certiorari filed on December 1, 2025, is rejected.

DATED: Honolulu, Hawai‘i, January 6, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Jeannette H. Castagnetti

/s/ Michelle L. Drewyer

